DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JASON E. DANIELS,

Appellant,

v.

CHESTER R. KWITOWSKI, JR.,

Appellee.

No. 2D2025-0020

————————————————

January 14, 2026

Appeal from the Circuit Court for Hillsborough County; Mark R. Wolfe, Judge.

Jason E. Daniels, pro se.

Leon Williamson, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.